MEMORANDUM OPINION




No. 04-04-00084-CV



Michael Allen MURCHISON,


Appellant



v.



Angelica Marie MURCHISON,


Appellee



From the 224th Judicial District Court, Bexar County, Texas


Trial Court No. 2003-CI-00500


Honorable Andy Mireles, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: March 31, 2004


DISMISSED

 Appellant Michael Allen Murchison ("Murchison") has failed to pay the applicable filing fee
in this appeal. Texas Rule of Appellate Procedure 5 provides,

 A party who is not excused by statute or these rules from paying costs must pay--at
the time an item is presented for filing--whatever fees are required by statute or
Supreme Court order. The appellate court may enforce this rule by any order that is
just.

Tex. R. App. P. 5. We, therefore, on March 3, 2004, ordered Murchison to pay the applicable filing
fee within ten days or warned that we would dismiss his appeal. (1)

 Despite our order of March 3rd, Murchison has wholly failed to pay the applicable filing fee.
We, therefore, dismiss this appeal. See Tex. R. App. P. 42.3(c).

 PER CURIAM
1. In our order of March 3, 2004, we also explained that because Murchison did not timely file an affidavit of
indigence with or before his notice of appeal, he failed to establish indigence under Texas Rule of Appellate Procedure
20.1.